THE CITY OF NEW YORK, for and on Behalf of ELMHURST CONTRACTING Co., INC., Respondent, v. YORKSHIRE INDEMNITY COMPANY OF NEW YORK and SEABOARD SURETY COMPANY, Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

HENRY A. FABRYCKY, INC., Appellant, v. NAD REALTY CORP., Respondent.— Motion to modify decision of this court dated February 18, 1941 [ante, p. 268], denied, without costs. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

RAY FRANKEL and Another, Appellants, and ISRAEL L. SCHWARTZ, Plaintiff, v. JOHN GLEASON, Respondent, and JOHN HENDERSON, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

LOUIS A. GREENBERG and Another, Appellants, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell and Johnston, JJ.; Adel, J., not voting.

In the Matter of the Application of CHARLES BECKMANN, as Executor, etc., of WILLIAM BECKMANN, Deceased, Petitioner, Respondent, against CHARLES H. BRANDT and Others, as and Constituting the Zoning Board of Appeals of the Incorporated Village of Island Park, Respondents, and CHARLES M. EMERSON and Others, Constituting the Building Committee of the Village of Island Park, Intervenors, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of CHEMICAL BANK & TRUST COMPANY, as Trustee under the Unified Mortgage of the Long Island Railroad Company, Dated March 1, 1899, for Payment of Awards Made for Parcels Nos. 11, 13 and 16 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment as to Damage and Benefit, in the Proceeding to Acquire Title to Eighth Avenue, from 50th Street to Seventh Avenue, in the Borough of Brooklyn, City of New York. CHEMICAL BANK & TRUST COMPANY, as Trustee under the Unified Mortgage of The Long Island Railroad Company, Dated March 1, 1899, Appellant; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of GEORGE GLENN and Others, Appellants, against THE CITY OF GLEN COVE and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of THE LONG ISLAND RAIL ROAD COMPANY for Payment of Awards Made for Parcels Nos. 11, 13 and 16 on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit, in the Proceeding to Acquire Title to Eighth Avenue, from 50th Street to Seventh Avenue, in the Borough of Brooklyn, City of New York. THE LONG ISLAND RAIL ROAD COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of